NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEANDRE LEE HAYES,
DOC #T14621,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 2D18-4031

Opinion filed September 18, 2019.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry,
Judge.

Howard L. Dimmig, II, Public Defender,
and Richard Sanders, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      Affirmed.

NORTHCUTT, SILBERMAN, and LaROSE, JJ., Concur.